UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 5:26-MJ-054 |
| | : | |
| v. | : | |
| | : | |
| DESTIN PETRIDES, | : | (Filed Under Seal) |
| | : | |
| Defendant. | : | |

**<u>MOTION TO SEAL</u>**

AND NOW, the United States of America, by its undersigned counsel, moves pursuant to Local Criminal Rule 49 to file the documents accompanying this motion under seal for the reasons set forth in the accompanying sealed declaration in support of the government's motion to seal.

WHEREFORE, for the foregoing reasons, the United States moves to seal this Motion and the above-referenced pleadings. For the convenience of the Court, a proposed form of Order is attached.

Respectfully submitted,

BRIAN D. MILLER
United States Attorney

Date: August 3, 2026

<u>/s/ Tatum R. Wilson</u>
TATUM R. WILSON
Assistant United States Attorney