AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

United States of America
v.
Destin Petrides
*Defendant(s)*

Case No. 5:26-MJ-054

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 1, 2026 to May 17, 2026 in the county of Monroe and elsewhere in the Middle District of Pennsylvania, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit of HSI Special Agent Kathryn Murray.

☑ Continued on the attached sheet.

SA [signature]
*Complainant's signature*

Kathryn Murray, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/3/26

[signature]
*Judge's signature*

City and state: Wilkes-Barre, Pennsylvania

Leo A. Latella, United States Magistrate Judge
*Printed name and title*