# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 5:26-MJ-054 |
| | : | |
| v. | : | (J. LATELLA) |
| | : | |
| DESTIN PETRIDES, | : | (Filed Under Seal) |
| | : | |
| Defendant. | : | |

## ORDER FOR WARRANT

NOW, this 3rd day of August 2026, upon request of the United States Attorney for the Middle District of Pennsylvania, it is hereby ORDERED that a warrant be issued for the arrest of the above-named defendant, **DESTIN PETRIDES.**

IT IS FURTHER ORDERED that at the time service of the warrant is made, the United States Marshal also serves upon the defendant a certified copy of the Complaint in the above-named case.

[signature]

LEO A. LATELLA
United States Magistrate Judge