UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 5:26-MJ-00054 |
| vs. | : | (Magistrate Judge Latella) |
| DESTIN PETRIDES, Defendant. | : | |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by Brian D. Miller, United States Attorney for the Middle District of Pennsylvania, respectfully states:

1. That there is now pending in this Court a criminal case against **DESTIN PETRIDES** presently in the custody of the Warden, **Monroe County Correctional Facility, Stroudsburg, Pennsylvania.**

2. That it is necessary that **DESTIN PETRIDES** is brought before the United States District Court for the Middle District of Pennsylvania, Wilkes-Barre, PA for an Initial Appearance on **August 5, 2026, at 11:15 a.m.**

**WHEREFORE,** the Government requests that the Court issue a writ of habeas corpus ad prosequendum to have **DESTIN PETRIDES** brought before the United States District Court for the Middle District of

Pennsylvania, **Wilkes-Barre, PA** for an Initial Appearance on **August 5, 2026, at 11:15 a.m.** and that **DESTIN PETRIDES remain in federal custody until the final disposition of the federal charges in this Court.**

Respectfully submitted,

BRIAN D. MILLER
United States Attorney

Date: August 4, 2026

/s/ Tatum R. Wilson
TATUM R. WILSON
Assistant United States Attorney
United States Attorney's Office
235 N. Washington Ave., Ste 311
Scranton, PA 18503