UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 5:26-MJ-00054 |
| vs. | : | (Magistrate Judge Latella) |
| DESTIN PETRIDES,<br>Defendant. | : | |

**UNITED STATES OF AMERICA TO THE WARDEN, SUPERINTENDANT, OR PERSON IN CHARGE OF MONROE COUNTY CORRECTIONAL FACILITY, STROUDSBURG, PA**

YOU ARE COMMANDED TO PRODUCE, now in your custody or one of your deputies, the person of **DESTIN PETRIDES,** against whom there are pending certain criminal proceedings in the United States District Court for the Middle District of Pennsylvania, into the custody of the United States Marshals Service or Agents of the **U.S Department of Homeland Security Investigations,** and **DESTIN PETRIDES** shall appear for an Initial Appearance on Wednesday, **August 5, 2026 at 11:15 a.m.**, before the United States District Court for the Middle District of Pennsylvania, Wilkes-Barre, Pennsylvania, in connection with criminal charges and that the United States Marshals Service is directed to keep the prisoner safe in custody, and

confine him from day to day, when not appearing before the Court, in a safe and suitable jail, and that **DESTIN PETRIDES** remain in federal custody until the final disposition of the federal charges in this Court.

WITNESS my signature this 4th day of August 2026.

/s/ Leo A. Latella
LEO A. LATELLA
U.S. MAGISTRATE JUDGE