**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CR. NO. 5:26-mj-54** |
| v. | : | |
| | : | **(Magistrate Judge Latella)** |
| **DESTIN PETRIDES,** | : | |
| **Defendant** | : | |

**ORDER**

AND NOW, this 11th day of August, 2026, upon consideration of the Motion for a Continuance of the Preliminary Examination and to exclude time from the Speedy Trial Act, the Court hereby finds that a continuance outweighs the best interests of the public and the Defendant in a speedy trial. Accordingly, it is hereby ordered as follows:

1. The preliminary examination in this matter scheduled for August 17, 2026 at 3:00 p.m. is hereby continued and will be rescheduled to take place on Wednesday, Sept. 16, 2026 at 11 a .m.

2. The period of time from the signing of this Order to the rescheduled date shall be excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A).

/s/ Leo A. Latella
LEO A. LATELLA
UNITED STATES MAGISTRATE JUDGE